Same case below, 353 Fed. Appx. 731.

**No. 09-1447. Miller Auto Sales, Inc., Petitioner v. Volkswagen of America, Inc., et al.**

562 U.S. 834, 131 S. Ct. 138, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6564.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 279 Va. 327, 689 S.E.2d 679.

**No. 09-1448. Mark Cocchiola, Petitioner v. United States.**

562 U.S. 834, 131 S. Ct. 138, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6168.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 358 Fed. Appx. 376.

**No. 09-1450. Richard Lariviere, Petitioner v. Helen Lariviere.**

562 U.S. 834, 131 S. Ct. 138, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6336,

October 4, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 75 Mass. App. 1115, 917 N.E.2d 260.

**No. 09-1452. Amando Gamboa-Molina, Petitioner v. Arizona.**

562 U.S. 834, 131 S. Ct. 140, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6489.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 09-1453. Margie R. George, Petitioner v. City of Morro Bay, California, et al.**

562 U.S. 834, 131 S. Ct. 140, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6260.

**No. 09-1455. Laurie Ancona Reine, Petitioner v. Honeywell International Inc.**

562 U.S. 834, 131 S. Ct. 140, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6545.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 395.